UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
                                 )
      v.                          )       No. 4:02 CR 276 JCH
                                 )
DONNELL TROTTER,                  )
                                 )
            Defendant.            )

**WAIVER OF PRELIMINARY SUPERVISED RELEASE REVOCATION HEARING**

I, the above-named defendant, state and acknowledge that I have been informed by the Magistrate Judge and by my attorney of the petition against me for revocation of supervised release and of any affidavit filed therewith, and of my right to a preliminary hearing on the petition, all of which I fully understand. After conferring with my attorney, I now state to the Magistrate Judge that I hereby knowingly waive my right to a preliminary supervised release revocation hearing.

_____                _____
     Defendant                              Defense counsel

      Subscribed before me this 12th day of January, 2010.

                          **ORDER TO APPEAR**

**IT IS HEREBY ORDERED** that defendant Donnell Trotter appear before District Judge Jean C. Hamilton for a final supervised release revocation hearing on January 20, 2010, at 9:30 a.m.


                              /S/   David D. Noce
                          **UNITED STATES MAGISTRATE JUDGE**


Signed on January 12, 2010.